# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

CA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** Resource Technology Corporation   **Defendant(s):**

County of Residence:   County of Residence:

Plaintiff's Atty:  Louis D Bernstein
Much Shelist
191 N Wacker Dr Ste 1800
Chgo IL
312/521-2000

Defendant's Atty:

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal
Parties (Diversity Cases Only)
   Plaintiff:- N/A
   Defendant:- N/A

IV. Origin :    1. Original Proceeding

V. Nature of Suit:    422 Appeal 28 USC 158

VI. Cause of Action:    Notice of Appeal

**FILED**
APR 29 2008 TC
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV2428
JUDGE KENNELLY
MAG. JUDGE BROWN

VII. Requested in Complaint
   Class Action:
   Dollar Demand:
   Jury Demand: No

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _Dorothy N. Carroll_
Date: 4/29/2008

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**   Revised: 06/28/00