# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                            Case Number: 1:08-cv-2428

**RESOURCE TECHNOLOGY CORPORATION,**


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Harry Henderson, State Court Receiver

| |
|---|
| NAME (Type or print)<br><br>Colleen E. McManus |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>/s/ Colleen E. McManus |
| FIRM<br><br>MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. |
| STREET ADDRESS<br><br>191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP<br><br>Chicago, Illinois 60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06243473 | TELEPHONE NUMBER<br><br>(312) 521-2000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO **X** |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐